# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JAMES PRIMM,                                          *
                                                     *
            Plaintiff,                               *
v.                                                   *   No. 3:25-cv-00195-JJV
                                                     *
FRANK BISIGNANO,                                     *
Commissioner,                                        *
Social Security Administration,                      *
                                                     *
            Defendant.                               *

## ORDER

Defendant filed an unopposed Motion to Remand this case (Doc. No. 15) pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand to conduct further proceedings and states opposing counsel has no objection to the requested remand. Under the circumstances, a "sentence four" remand is appropriate. *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, the Commissioner's decision is reversed and remanded for action consistent with this opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 20th day of April 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE